**Dated:   January 30, 2020**                    **ORDERED.**

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                          Case No. **6:19-bk-02117-KJ**
                                                                                                     Chapter 7

**Deosaran Bhola**,
                                    Debtor(s).
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S**
**MOTION TO APPROVE CONSENTED SHORT SALE OF**
**NON-EXEMPT REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS,**
**ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m)**

THIS CASE came on for a hearing on January 15, 2020 at 11:00 a.m., on Chapter 7 Trustee's Motion to Approve Consented Short Sale of Non-Exempt Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), dated December 10, 2019, (the "Motion," docket no. 28).  Trustee's Special Counsel, Kristen L. Henkel, appeared.  Said Motion was served on all interested parties and no response has been received by the Court. Therefore, the Court considers the matter to be unopposed and having reviewed the Motion, the file, and being otherwise apprised on the premises,

Accordingly, it is **ORDERED**

1. The Chapter 7 Trustee's Motion to Approve Consented Short Sale of Non-Exempt Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), is Granted, and the Trustee is authorized to sell the estate's interest in said property, as follows :

2. The property to be sold is more particularly described as :

**Lot 54, Block B, ORLO VISTA HEIGHTS, according to the plat thereof, as recorded in Plat Book K, Pages 139 and 139A, of the Public Records of Orange County, Florida.**

**Parcel ID No. 36-22-28-6416-02-540**
a/k/a 513 S. Buena Vista Ave., Orlando, FL 32835-1941

3. The property shall be sold to the following buyer for the sales price indicated :

| | Sales Price |
|---|---|
| **Renguan Ni**<br>15050 58th Rd.<br>Flushing, NY11355 | $ 135,000.00 |

4. Trustee has represented that no closing costs are to be paid by the Estate and he obtained short sale approval from the first mortgage holder, Nationstar Mortgage LLC (the "Secured Creditor"), who has authorized the following to be paid from the sales price : normal closing costs, realtor fees and costs, sums necessary to satisfy the existing mortgage, prorated 2020 real estate taxes, and bankruptcy estate carve out, as described in the Motion.

5. The title search revealed a mortgage in favor of Paramount Financial Inc., dated February 15, 2002, recorded in Official Records Book 6464, Page 3284, Public Records of Orange County, Florida, and assigned to First Nationwide Mortgage Corporation by virtue of that instrument dated February 15, 2002, recorded in Official Records Book 6479, Page 6008, Public Records of Orange County, Florida. Based on information and belief, the First Nationwide Mortgage was satisfied in full in 2006 with proceeds from the refinance mortgage from Secured Creditor. Thereafter, First Nationwide Mortgage Corporation failed to record a satisfaction of mortgage.

6. Notice of the Motion was properly served upon First Nationwide Mortgage Corporation, 5280 Corporate Dr., Frederick, MD 21703. No responses were received. Thus, to the extent any creditor, other than the Secured Creditor, asserts an interest or secured claim against the property, such creditor is deemed to have consented to entry of this Order, and such creditor's claim shall not be a secured claim.

7. Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate, subject to all encumbrances, including current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision and/or condominium, and public utility easements of record.

8. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

9. The 14-day stay pursuant to Rule 6004(h) is hereby waived.

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.